UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEPHEN CUMMINGS,

                Plaintiff,

        13 Civ. 640 (JGK)

   - against -

        **ORDER**

CITY OF NEW YORK, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    On November 19, 2013, the plaintiff filed a letter motion to reopen this case and to oppose the defendant's request to vacate the Court's judgment rendered against the City of New York. The plaintiff's letter motion was addressed in the Court's Order of November 25, 2013. Accordingly, the **Clerk is directed to close Docket No. 28.**

SO ORDERED:

Dated:    December 20, 2013
           New York, New York

                                        John G. Koeltl
                             United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12/23/13